*E-FILED 03-23-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATENT MANAGEMENT FOUNDATION, LLC, RELATOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STAMPS.COM, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C10-05850 HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

　　　This matter was set for a March 22, 2011 initial case management conference. There was, however, no appearance. And, the court's docket indicates that there has been no activity in this case after it was filed on December 22, 2010. Accordingly, on **March 29, 2011, 10:00 a.m.**, plaintiff shall appear before this court and show cause why this case should not be dismissed for failure to prosecute.

　　　SO ORDERED.

Dated:　　March 23, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05850-HRL Notice has been electronically mailed to:

2  Ben (Harmohinder) Bedi    ben.bedi@ecotechlaw.com, dara.tabesh@ecotechlaw.com

3  Dara Tabesh    dtabesh@mofo.com, sbennett@mofo.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California