1

2                                              **\*E-FILED 03-28-2011\***

3

4

5

6

7                              NOT FOR CITATION

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   PATENT MANAGEMENT FOUNDATION,          No. C10-05850 HRL
     LLC, RELATOR,
12                                          **ORDER DISCHARGING MARCH 23,**
                        Plaintiff,          **2011 ORDER TO SHOW CAUSE**
13      v.

14   STAMPS.COM, INC.,

15                      Defendant.

16   _____/

17          The court having reviewed plaintiff's written response to the March 23, 2011 Order to

18   Show Cause, the show cause order is discharged and the show cause hearing set for March 29,

19   2011 is vacated.

20          Plaintiff states that it is prepared to proceed promptly with service of the complaint and

21   summons.  It shall do so.

22          The initial case management conference is re-set for **May 17, 2011, 1:30 p.m.** in

23   Courtroom 2.  All related deadlines in the court's Order Setting Initial Case Management

24   Conference and ADR Deadlines (Docket No. 3) are adjusted accordingly.

25          Additionally, **no later than April 7, 2011** plaintiff shall file either a (1) a Consent to

26   Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a

27   Magistrate Judge and Request for Reassignment to a United States District Judge.  The forms

28

**United States District Court**
For the Northern District of California

1    are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

2          SO ORDERED.

3    Dated:     March 28, 2011

4    _____

5    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

5:10-cv-05850-HRL Notice has been electronically mailed to:

Ben (Harmohinder) Bedi      ben.bedi@ecotechlaw.com, dara.tabesh@ecotechlaw.com

Dara Tabesh      sbennett@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

United States District Court

For the Northern District of California