Ben Bedi (State Bar No. 172591)
ben.bedi@ecotechlaw.com
Dara Tabesh (State Bar No. 230434)
dara.tabesh@ecotechlaw.com
EcoTech Law Group, P.C.
201 Spear St., Ste. 1100
San Francisco, California 94105
Telephone: (415) 230-5376
Facsimile: (415) 230-5310

Attorneys for Plaintiff
Patent Management Foundation, LLC

GRAVES & WALTON LLP
Philip J. Graves, Esq. (SBN 153661)
pgraves@graveswalton.com
Greer N. Shaw, Esq. (SBN 197960)
gshaw@graveswalton.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Defendant
STAMPS.COM INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Patent Management Foundation, LLC, Realtor,<br><br>        Plaintiff,<br>   v.<br><br>Stamps.com Inc.,<br><br>        Defendant. | CASE NO. 4:10-cv-05850-CW<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

1    Having considered the Joint Stipulation to Continue the Initial Case Management
2 Conference:
3    IT IS HEREBY ORDERED THAT: the Initial Case Management Conference set for May
4 24, 2011 be continued to June 28, 2011, at 2:00 PM, or sometime thereafter convenient to the
5 Court.

7 Dated: __5/19/2011___                BY: /s/ Claudia Wilken
8                                          Hon. Claudia Wilken