IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT MANAGEMENT FOUNDATION, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>STAMPS.COM, INC,<br><br>          Defendant. | No. C 10-05850 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (Docket No. 20) |

   Defendant Stamps.com, Inc. moves to dismiss Plaintiff Patent Management Foundation, LLC's complaint.  Docket No. 20.  Plaintiff opposes the motion.  Having considered all of the parties' submissions and oral argument, and for the reasons explained at the motion hearing, Defendant's motion to dismiss is GRANTED.  However, leave to amend is also GRANTED.

   Plaintiff shall file its amended complaint within fourteen days of the date this order is issued.  In the event that Plaintiff files an amended complaint and Defendant seeks to dismiss it, Defendant shall file and notice the motion to dismiss for hearing on October 27, 2011 at 2 pm.  A case management conference shall be held on October 27, 2011 at 2 pm, whether or not Defendant seeks to dismiss the amended complaint.

   IT IS SO ORDERED.

Dated: **7/6/2011**

CLAUDIA WILKEN
United States District Judge